```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10376
   MARY L WOODSON
   AUBREY WOODSON                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1991      SSN XXX-XX-4923

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/11/07 and confirmed on 10/05/07.

   2.  The case was converted to Chapter 7 after confirmation, 02/27/2009.

   3.  The Debtor paid a total of $  20791.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 9109.54 | .00 | 6764.17 |
| CONSUMERS COOP CU | SECURED VEHIC | 19354.63 | 2453.77 | 5219.14 |
| LAKE COUNTY COLLECTOR | SECURED | 3238.04 | .00 | 2158.72 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7440.85 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ATTENTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 10658.04 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS CATALOG SALES | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 885.71 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 233.32 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 1305.14 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9259.24 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31702.21 | 7440.85 | 22341.45 | .00 | 61484.51 |
| PRINCIPAL PAID | 14142.03 | .00 | .00 | .00 | 14142.03 |
| INTEREST PAID | 2453.77 | .00 | .00 | .00 | 2453.77 |
| TOTAL PAID | 16595.80 | .00 | .00 | .00 | 16595.80 |

```
The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $   376.00  direct and $   3124.00  through the plan.

The Trustee received $   1071.20 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/17/09                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE